

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      In re Manuel Nava

Appellate case number:    01-14-00449-CR

Trial court case number:  1919049

Trial court:              County Criminal Court at Law No. 14 of Harris County

On June 3, 2014, relator Manuel Nava filed a petition for writ of mandamus alleging that the trial court has withheld transmitting relator's notice of appeal, which relator filed with the trial court clerk on May 6, 2014, to the appropriate appellate court clerk. The Court requests a response to the petition for writ of mandamus from the real party in interest, the State. It is **ordered** that the State's response shall be due no later than June 23, 2014.

It is so ORDERED.

Judge's signature: /s/ Jane Bland
                  ☑ Acting individually    ☐ Acting for the Court

Date: June 5, 2014